# United States Bankruptcy Court
### Western District of Pennsylvania

In re **James C. Beam / Pattiann Beam**, Debtor(s)

Case No. **22-70425**
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **James C. Beam**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✔] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Pattiann Beam**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✔] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **January 12, 2023**        Signature **/s/ James C. Beam**
                                 **James C. Beam**
                                 Debtor

Date **January 12, 2023**        Signature **/s/ Pattiann Beam**
                                 **Pattiann Beam**
                                 Joint Debtor